Edward J. Maney, Trustee, Bar #12256
P.O. Box 10434
Phoenix, Arizona 85064
Telephone (602) 277-3776
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) In Proceedings Under Chapter 13 |
| | ) |
| JAMES T. BRETT | ) Case No. 08-01126-PHX-GBN |
| JANICE BRETT | ) |
| | ) APPLICATION FOR PAYMENT OF |
| | ) UNCLAIMED FUNDS BELONGING |
| | ) TO DEBTOR |
| _____Debtor (s)_____ | ) |

  Edward J. Maney, Trustee, reports that the following dividend check has been issued and not presented for payment and more than ninety (90) days has elapsed from the date of issuance, or the payment has been returned to the Trustee by the U.S. Post Office marked as undeliverable.

Check Number:   100872
Check Date:   April 11, 2011
Amount:   $360.00
Debtor:   JAMES T. BRETT
Co-Debtor:   JANICE BRETT
      995 E. BASELINE RD. APT. #1038

      TEMPE, AZ 85283-1335

  Neither the debtor (s) Attorney (if applicable) nor the Trustee have been able to locate the debtor (s).

  Wherefore, the Trustee prays that an order be entered pursuant to Section 347 (a) of the Bankruptcy Code directing the Trustee to pay over the amount of $360.00 to the Clerk of the Court to be deposited to the Registry thereof.

Dated: See Electronic Signature

                _____
                Edward J. Maney, Trustee

Unclaimed Funds/Debtor